UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STAR LODGE, LLC,

                    Plaintiff,

v.

ENDURANCE AMERICAN
SPECIALTY INSURANCE
COMPANY,

                    Defendant.

_____/

Case No. 2:19-cv-10905

HONORABLE STEPHEN J. MURPHY, III

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Mr. Patrick Seyferth, the Court appointed mediator, informed the Court's chambers via email that the parties have reached a preliminary settlement agreement. Because of the settlement, the pending motions in the case are moot, and there is no longer a case or controversy before the Court. The Court will therefore dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than October 22, 2021. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the pending motions [37; 38; 46; 47; 49; 56] are **DENIED** as moot.

1

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing documents dismissing the case with prejudice **no later than October 22, 2021**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 24, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 24, 2021, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager

2